# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THERSA OHAEME, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 1:23-cv-00181-SEB-KMB |
| ANDY MOHR AVON NISSAN, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on a *Joint Stipulation of Dismissal With Prejudice* filed by Plaintiff Thersa Ohaeme and Defendant Andy Mohr Avon Nissan, Inc., by their respective counsel, and the Court, having considered said stipulation and being duly advised, now finds that this cause of action shall be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause of action is hereby dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Date: 11/14/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All counsel of record via CM/ECF